IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST MARKETING COMPANY, INC., et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 11-CV-7786 |
| QUALITY PRODUCE SUPPLIERS, INC., et al., | ) ) | Judge: James B. Zagel |
| Defendants. | ) | |

**MOTION FOR ENTRY OF**
**FINAL JUDGMENT AGAINST QUALITY PRODUCE SUPPLIERS, INC.**

COME NOW Plaintiffs Midwest Marketing Company, Inc. and Ruby Robinson Co., Inc., and Intervening Plaintiffs, Bushmans Inc. H.C. Schmieding Produce Co. Inc. and Great Lakes Produce & Marketing, LLC, and for the reasons set forth in the Court's Memorandum Opinion and Order of December 19, 2013, granting Plaintiffs and Intervening Plaintiffs' Motion for Summary Judgment against Quality Produce Suppliers, Inc., move for entry of judgment against Quality Produce Suppliers, Inc. in the amounts set forth in the Memorandum Opinion and Order, pursuant to Federal Rule of Civil Procedure 54(b). A proposed Judgment is attached hereto. The proposed Judgment has previously been submitted for approval to counsel for Defendant Quality Produce Suppliers, Inc., but defense counsel has advised the undersigned it has lost contact with Defendant Quality Produce and therefore is not authorized to approve the proposed Judgment.

WHEREFORE, there being no just cause for delay, Plaintiffs and Intervening Plaintiffs respectfully request that their Motion for Entry of Final Judgment Against Quality Produce Suppliers, Inc. be granted.

1

Dated this 23rd day of July, 2014.                    Respectfully submitted,

    McCARRON & DIESS                                 LAW OFFICES OF WILLIAM B. KOHN

By:/s/ Mary Jean Fassett                              By:/s/ William B. Kohn
    Mary Jean Fassett, ID#9078552                    William B. Kohn, #6196142
    4530 Wisconsin Ave., N.W.                        150 N. Wacker Drive
    Suite 301                                        Suite 1400
    Washington, DC 20016                             Chicago, Illinois 60606
    (202) 364-0400                                   (312) 553-1200
                                               Attorneys for Ruby Robinson Co., Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of July, 2014, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                                                                /s/ Mary Jean Fassett
                                                                 Mary Jean Fassett